IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NICHOLAS L. GORDON                                                                          PETITIONER
Reg #22167-076

v.                              Case No. 2:17-cv-00114-KGB/JTK

REVERTIS CAIN, *et al.*                                                                     RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 10).  No objections have been filed, and the time to file objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).  The Court therefore dismisses without prejudice petitioner Nicholas Gordon's petition for writ of *habeas corpus* (Dkt. No. 1).  The requested relief is denied.

So ordered this the 11th day of July 2019.

Kristine G. Baker
United States District Judge