# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**NICHOLAS L. GORDON**  PETITIONER
Reg #22167-076

v.   Case No. 2:17-cv-00114-KGB/JTK

**REVERTIS CAIN,** *et al.*   RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that petitioner Nicholas Gordon's petition for writ of *habeas corpus* is dismissed without prejudice.

So adjudged this the 11th day of July 2019.

Kristine G. Baker
United States District Judge